**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**CASE NO.:**

**ARIANNA GARCIA,**

      **Plaintiff,**

**v.**

**PATAGONIA SEAFARMS, INC. and
PATAGONIA PROCESSING USA,
INC.,**

      **Defendants.**

_____ /

### DEFENDANTS' NOTICE OF REMOVAL OF CIVIL ACTION

Defendants, Patagonia Seafarms, Inc. and Patagonia Processing USA, Inc. (collectively "Defendants"), by and through their undersigned attorneys, and pursuant to 28 U.S.C. §§ 1441, 1446 and 1331, hereby file this Notice of Removal and thereby remove to the United States District Court an action which is pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, Case No. 2025-013479-CA-01. The facts and legal authority supporting this Notice of Removal are as follows:

### A.     BACKGROUND

1.      On July 16, 2025, Plaintiff filed this civil action against Defendants in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida (the "State Court Action").

2.      Defendants were served with the Complaint on July 18, 2025.

3.      According to the Complaint in the State Court Action, Plaintiff has asserted causes of action against Defendants under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201-219.

### B.      FEDERAL QUESTION UNDER 28 U.S.C. § 1331

Plaintiff's purported claims in the State Court Action include claims arising pursuant to federal law, *i.e.*, the FLSA. *See* attached hereto as Exhibit A, a copy of the Docket and other pleadings in this matter.  Thus, this action states a basis for original subject matter jurisdiction under 28 U.S.C. § 1331, and therefore this removal is made pursuant to 28 U.S.C. § 1441(a). Plaintiff's Complaint is removable to the United States District Court for the Southern District of Florida because the Complaint presents a federal question. Specifically, 28 U.S.C. § 1331 provides that "district courts shall have original jurisdiction over all civil actions arising under the Constitution, laws, or treaties of the United States." *See*  28 U.S.C. § 1331.  Plaintiff's claims provide the basis for this Court's jurisdiction as she has brought suit under the laws of the United States.  Accordingly, Defendants are entitled to remove this action in accordance with 28 U.S.C. § 1441(a).

### C.      ADDITIONAL PROCEDURAL REQUIREMENTS

This action is being removed to the district and division embracing the place where the action is pending. 28 U.S.C. §§ 1441(a) and 1446(a).

Removal is timely under 28 U.S.C. § 1446(b). This Notice of Removal ("Notice") is being filed within thirty (30) days of the date that Defendants were served with the Complaint.

Defendants will promptly file a copy of this Notice of Removal in the State Court Action and give written notice of the removal of this action to Plaintiff. 28 U.S.C. § 1446(d).

Pursuant to 28 U.S.C. § 1446, "all defendants who have properly joined and served must join in or consent" to removal. 28 U.S.C. § 1446(b)(2)(A).

Pursuant to 28 U.S.C. § 1446(a), a copy of the process, pleadings, orders and other documents presently contained in the state court file and available for copying are attached to this Notice. *See* **Exhibit A**.

2

No previous application has been made for the relief requested herein.

This Notice has been signed pursuant to Federal Rule of Civil Procedure 11.

**D.    CONCLUSION**

By this Notice, Defendants do not waive any objections they may have as to service, jurisdiction or venue, or any other defenses or objections they may have to this action.  Defendants do not intend any admission of fact, law or liability, and expressly reserve all defenses, motions and/or pleas.

If any question should arise as to the propriety of the removal of this action, Defendants request the opportunity to submit a brief and present oral argument in support of their position that this case has been properly removed.

**WHEREFORE**, Defendants respectfully request that the aforesaid action now pending in the Circuit Court for the Eleventh Judicial Circuit in and for Miami-Dade County be removed to this Honorable Court.

DATED: August 15, 2025.

Respectfully Submitted,

**HOLLAND & KNIGHT LLP**
*Counsel for Defendants*
701 Brickell Avenue, Suite 3300
Miami, FL  33131
Tel:  (305) 374-8500
Fax: (305) 789-7799

By: */s/ Christine Gay*
    Christine F. Gay, Esq.
    Florida Bar No. 26009
    Christine.Gay@hklaw.com
    Benjamin J. Tyler, Esq.
    Florida Bar No. 1003552
    Benjamin.Tyler@hklaw.com

#525227395_v1