**FORM 1.997.    CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

### I.    CASE STYLE

IN THE CIRCUIT/COUNTY COURT OF THE <u>ELEVENTH</u>   JUDICIAL CIRCUIT, IN AND FOR <u>MIAMI-DADE</u>   COUNTY, FLORIDA

<u>Arianna Garcia</u>
Plaintiff

Case # _____
Judge _____

vs.

<u>Patagonia Seafarms Inc, Patagonia Processing USA Inc.</u>
Defendant

### II.    AMOUNT OF CLAIM

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐  $8,000 or less
☐ $8,001 - $30,000
☐ $30,001- $50,000
☐ $50,001- $75,000
☐ $75,001 - $100,000
☒ over $100,000.00

**III.    TYPE OF CASE**      (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- 1 -

- 2 -

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
      ☐ Business governance
      ☐ Business torts
      ☐ Environmental/Toxic tort
      ☐ Third party indemnification
      ☐ Construction defect
      ☐ Mass tort
      ☐ Negligent security
      ☐ Nursing home negligence
      ☐ Premises liability—commercial
      ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
      ☐ Commercial foreclosure
      ☐ Homestead residential foreclosure
      ☐ Non-homestead residential foreclosure
      ☐ Other real property actions

☐ Professional malpractice
      ☐ Malpractice—business
      ☐ Malpractice—medical
      ☐ Malpractice—other professional
☒ Other
      ☐ Antitrust/Trade regulation
      ☐ Business transactions
      ☐ Constitutional challenge—statute or ordinance
      ☐ Constitutional challenge—proposed amendment
      ☐ Corporate trusts
      ☒ Discrimination—employment or other
      ☐ Insurance claims
      ☐ Intellectual property
      ☐ Libel/Slander
      ☐ Shareholder derivative action
      ☐ Securities litigation
      ☐ Trade secrets
      ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

    **IV.    REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☒ Nonmonetary declaratory or injunctive relief;
☒ Punitive

    **V.    NUMBER OF CAUSES OF ACTION:** [   ]
(Specify)

    1

    **VI.    IS THIS CASE A CLASS ACTION LAWSUIT?**
        ☐ yes
        ☒ no

    **VII.    HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
        ☒ no
        ☐ yes If "yes," list all related cases by name, case number, and court.

    **VIII.    IS JURY TRIAL DEMANDED IN COMPLAINT?**
        ☒ yes
        ☐ no

    **IX.    DOES THIS CASE INVOLVE ALLEGATIONS OF SEXUAL ABUSE?**
        ☐ yes
        ☒ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: s/ Lawrence J. McGuinness        Fla. Bar # 814611
        Attorney or party                    (Bar # if attorney)

Lawrence J. McGuinness            07/15/2025
 (type or print name)             Date

- 3 -

Filing # 227320256 E-Filed 07/15/2025 04:58:58 PM

IN THE CIRCUIT COURT OF THE 11th JUDICIAL CIRCUIT IN & FOR MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

ARIANNA GARCIA,                            :     CASE NO.
                                           :
        Plaintiff,                         :
vs.                                        :
                                           :
PATAGONIA SEAFARMS, INC.,   :
and PATAGONIA PROCESSING    :
USA, INC.,                                 :
                                           :        **FLSA OVERTIME**
        Defendants.                        :        **COMPLAINT**
_____/

1.      Plaintiff, through counsel, brings this action under the Fair Labor Standards Act, 29 U.S.C. §201 et seq. (the "FLSA") on behalf of herself and all other non-exempt hourly employees against Defendants for unpaid overtime in violation of the FLSA.  Plaintiff's claim for damages exceeds $50,000.00, exclusive of fees, costs, and interest.

2.      Plaintiff worked and continues to work for Defendants as a non-exempt Hourly Employee from June 5, 2021 through the filing of this Complaint as a "Quality Control Supervisor."  Plaintiff is a covered employee for purposes of the FLSA.

3.      While Defendants gave Plaintiff the title of "Supervisor," she does not have the authority to hire or fire, discipline, supervise two or more non-exempt employees, or implement independent decisions on behalf of Defendants.

1

4.      From October 7, 2022, through December 31, 2024, Plaintiff worked an average of 25+ unpaid overtime hours per work week based on working before and after clocking in, working through breaks and lunch, being called in to work on days off, etc.  Based on Plaintiff's regular hourly rate of pay for 2022 through 2024, she is owed the following amounts:

| YEAR | HOURLY RATE | OVERTIME RATE | NUMBER OF WEEKS WORKED | UNPAID HOURS WORKED PER WEEK | TOTAL OWED |
|---|---|---|---|---|---|
| 2022 | $21.00 | $31.50 | 12 | 25 | $9,450.00 |
| 2023 | $21.73 | $32.44 | 52 | 25 | $42,172.00 |
| 2024 | $22.71 | $34.06 | 52 | 25 | $44,278.00 |
| TOTAL | | | | | $95,900.00 |

Additionally, Plaintiff is owed an equal amount representing liquidated damages for a total owed of $191,800.00.

5.      Defendants, which had gross revenues in excess of $500,000.00 during the time that Plaintiff worked for them, are subject to the FLSA and they are within the jurisdiction of this Court and, at all times pertinent to this Complaint, were engaged in interstate commerce.

6.      At all times hereafter mentioned, Defendants were engaged in commerce or in the production of goods for commerce as defined in §§ 3(r) and 3(s) of the Act, 29 U.S.C. § 203(r) and 203(s).

**VENUE & JURISDICTION**

7.     This action is brought by Plaintiff on behalf of herself and all others similarly situated to recover from Defendants unpaid overtime, as well as an additional amount as liquidated damages, costs, and reasonable attorney's fees under the provisions of 29 U.S.C. § 201 et seq., and specifically under the provisions of 29 U.S.C. §§ 206, 207 and 216(b).

8.     Concurrent jurisdiction is conferred on this Court by Title 28 U.S.C. § 1337 and by Title 29 U.S.C. § 216(b).

9.     By reason of her employment with Defendants, Plaintiff and those similarly situated to her were employed during such period by an enterprise engaged in commerce within the meaning of 29 U.S.C. § 206(a) and 207(a).   The work performed by Plaintiff and those similar to her was directly essential to those interstate activities described herein which was directly essential to the business performed by Defendants.   Plaintiff, by virtue of her job duties and functions, was engaged in commerce.

10.     All conditions precedent (if any) to bringing this action have occurred, have been satisfied, or have otherwise been waived.

**COUNT I**
**RECOVERY OF OVERTIME COMPENSATION**
**AGAINST DEFENDANTS**

11.     Plaintiff readopts and realleges all allegations contained in ¶¶ 1-10 above.

3

12. Plaintiff and those similarly situated to her worked more than forty (40) hours per work week and Defendants did not pay her any of her owed overtime pay.

13. Based on ¶12, Plaintiff and those similarly situated to her are entitled to be paid at the rate of time and one half for all hours worked in excess of forty (40) per workweek for their entire employment with Defendants.

14. Defendants knew and/or showed reckless disregard of the provisions of the FLSA concerning the payment of overtime compensation by their failure to pay Plaintiff and those similarly situated to her for all of their overtime hours in accordance with the FLSA.

15. By reason of the said intentional, willful and unlawful acts of Defendants, Plaintiff and those similarly situated to her suffered damages plus incurring costs and reasonable attorney's fees.  As a result of Defendants' willful disregard of the FLSA, Plaintiff and those similarly situated to her are entitled to liquidated damages.

WHEREFORE, Plaintiff and those similarly situated to her demand judgment against Defendants for payment at the rate of time and one half for all hours worked in excess of forty (40) per workweek for which they have not been paid, liquidated damages, reasonable attorney's fees and costs of suit, and for all proper relief.

## JURY TRIAL DEMAND

Plaintiff and those similarly situated to her demand trial by jury for Count I.

Respectfully submitted,

/s/ Lawrence J. McGuinness
Fla. Bar No. 814611
MG Legal Group, P.A.
3126 Center Street
Coconut Grove, FL 33133
Tel. (305) 448-9557
Fax. (305) 448-9559
*ljm@ljmpalaw.com*
*scheduling_ljmpa@comcast.net*

*Counsel for Plaintiff*

5

IN THE CIRCUIT COURT OF THE 11th JUDICIAL CIRCUIT IN & FOR MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

ARIANNA GARCIA,                    :        CASE NO.  2025-013479-CA-01
                                   :
     Plaintiff,                   :
vs.                                :
                                   :
PATAGONIA SEAFARMS, INC.,   :
and PATAGONIA PROCESSING  :
USA, INC.,                         :
                                   :
     Defendants.                  :        **SUMMONS**
_____/

THE STATE OF FLORIDA:

To Each Sheriff of Said State:

     YOU ARE HEREBY COMMANDED to serve this Summons, a copy of the Complaint in this action on Defendant PATAGONIA PROCESSING USA, INC. **BY SERVING, PURSUANT TO F.S. §48.091:**

     Registered Agent:   Corporate Creations Network, Inc.
                              801 U.S. Highway 1
                              W. Palm Beach, Fl 33408

If service cannot be made on the Registered Agent because of failure to comply with F.S. § 48.091, service of process shall be permitted on any employee at the corporation's place of business.

     **OR BY SERVING, ONE OF THE FOLLOWING IN THE ORDER OR PRIORITY AS LISTED BELOW, PURSUANT TO F.S. §48.081:**

     1.     The president or vice president, or other head of the corporation; and/or in his or her absence;

     2.     The cashier, treasurer, secretary or general manager; and in the absence of all of the above;

1

3. Any director; and in the absence of all of the above; or

4. Any officer or business agent residing in the state.

Each Defendant is required to serve written defenses to the Complaint on Plaintiff's attorney, whose address is:

MG LEGAL GROUP, P.A.
Counsel for Plaintiff
3126 Center St.
Coconut Grove, Florida 33133
Tel No.: (305) 448-9557
Fax No.: (305) 448-9559
ljm@ljmpalaw.com
scheduling_ljmpa@comcast.net

Attention:  LAWRENCE J. McGUINNESS, ESQ.

within 20 days after service of this summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter.  If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

DATED ON _____7/17/2025_____, 2025.

Clerk of the Court

By:_____
      as Deputy Clerk

2

**CORPORATE CREATIONS**®
Registered Agent • Director • Incorporation

**Corporate Creations Network Inc.**
801 US Highway 1 North Palm Beach, FL 33408

Patagonia Processing USA, Inc.                                      July 21, 2025
Daniel  Ramos
Holland & Knight LLP
701 Brickell Avenue, Suite 3300
Miami FL 33131

# SERVICE OF PROCESS NOTICE

The following is a courtesy summary of the enclosed document(s).  **ALL information should be verified by you.**

Note: Any questions regarding the substance of the matter described below, including the status or how to respond, should be directed to the contact set forth in line 12 below or to the court or government agency where the matter is being heard. IMPORTANT: All changes or updates to the SOP contact individuals or their contact information must be submitted in writing to SOPcontact@corpcreations.com. Any changes will become effective upon written confirmation of Corporate Creations.

Item: 2025-11

| | | |
|---|---|---|
| 1. | **Entity Served:** | Patagonia Processing USA, Inc. |
| 2. | **Title of Action:** | Arianna Garcia vs. Patagonia Seafarms, Inc., et al. |
| 3. | **Document(s) Served:** | Summons<br>FLSA Overtime Complaint |
| 4. | **Court/Agency:** | Miami-Dade County 11th Judicial Circuit Court |
| 5. | **State Served:** | Florida |
| 6. | **Case Number:** | 2025-013479-CA-01 |
| 7. | **Case Type:** | Fair Labor Standards Act |
| 8. | **Method of Service:** | Hand Delivered |
| 9. | **Date Received:** | Friday 07/18/2025 |
| 10. | **Date to Client:** | Monday 07/21/2025 |
| 11. | **# Days When Answer Due:**<br>**Answer Due Date:** | 20<br>Thursday 08/07/2025 — <span style="color:red">CAUTION:</span> Client is solely responsible for verifying the accuracy of the estimated Answer Due Date. To avoid missing a crucial deadline, we recommend immediately confirming in writing with opposing counsel that the date of the service in their records matches the Date Received. |
| 12. | **Sop Sender:**<br>(Name, City, State, and Phone Number) | Lawrence J McGuinness<br>Coconut Grove, FL<br>305-448-9557 |
| 13. | **Shipped To Client By:** | Email Only with PDF Link |
| 14. | **Tracking Number:** | |
| 15. | **Handled By:** | 101 |
| 16. | **Notes:** | None. |

NOTE: This notice and the information above is provided for general informational purposes only and should not be considered a legal opinion. The client and their legal counsel are solely responsible for reviewing the service of process and verifying the accuracy of all information.  At Corporate Creations, we take pride in developing systems that effectively manage risk so our clients feel comfortable with the reliability of our service. We always deliver service of process so our clients avoid the risk of a default judgment. As registered agent, our role is to receive and forward service of process.  To decrease risk for our clients, it is not our role to determine the merits of whether service of process is valid and effective.  It is the role of legal counsel to assess whether service of process is invalid or defective. Registered agent services are provided by Corporate Creations Network Inc.

Filing # 228734833 E-Filed 08/05/2025 11:13:45 AM

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

CASE NO.:  2025-013479-CA-01

ARIANNA GARCIA,

      Plaintiff,

vs.

PATAGONIA SEAFARMS, INC. and
PATAGONIA PROCESSING USA, INC.,

      Defendants.

_____/

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendants Patagonia Seafarms, Inc. and Patagonia Processing USA, Inc. ("Defendants"),

hereby move for an extension of time through August 18, 2025 to respond to Plaintiff's Complaint,

and in support thereof states as follows:

1.      Plaintiffs filed her Complaint on July 16, 2025.

2.      Defendants were served with the Complaint on July 18, 2025.

3.      Defendants' response is due August 7, 2025.

4.      Defendants require additional time to prepare their response to Plaintiff's

Complaint and request an extension through August 18, 2025 to respond to the Complaint.

5.      This Motion is requested in good faith and not for purposes of delay.  No Party will

be prejudiced by the relief sought herein.

6.      Defendants conferred with Plaintiff, who agrees to the relief sought herein.

**WHEREFORE**, the Defendants, with the agreement of Plaintiff, respectfully request an extension of time through August 18, 2024 to respond to Plaintiff's Complaint and such other relief as the Court deems just and proper.

Dated: August 5, 2025

Respectfully Submitted,

*By: /s/ Benjamin J. Tyler*
Christine F. Gay
FL Bar No. 26009
christine.gay@hklaw.com
Benjamin J. Tyler
FL Bar No. 1003552
Benjamin.Tyler@hklaw.com

**HOLLAND & KNIGHT LLP**
701 Brickell Avenue
Suite 3300
Miami, Florida 33131
Tel: (305) 374-8500

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed through the Florida e-Filing Portal and served upon all parties of record via e-mail generated by the ePortal system and via e-mail on August 5, 2025.

*/s/ Benjamin J. Tyler*

2

Filing # 228740778 E-Filed 08/05/2025 11:47:11 AM

**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

CASE NO: 2025-013479-CA-01
SECTION: CA23
JUDGE: Joseph Perkins

**Arianna Garcia**

Plaintiff(s)

vs.

**Patagonia Seafarms Inc et al**

Defendant(s)

_____/

### AGREED ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

THIS CAUSE came before the Court without a hearing on Defendants' Unopposed Motion for Extension of Time to Respond to Amended Complaint, filed on August 5, 2025.   The Court having considered said Motion, having reviewed the Court File, and being otherwise fully advised in the premises; it is hereby:

ORDERED and ADJUDGED as follows:

1. The Motion is GRANTED.
2. Defendants shall file a response to Plaintiff's Complaint by August 18, 2025.

Case No: 2025-013479-CA-01

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this <u>5th day of August, 2025</u>.

<u>2025-013479-CA-01 08-05-2025 11:33 AM</u>
Hon. Joseph Perkins

**CIRCUIT COURT JUDGE**
Electronically Signed

No Further Judicial Action Required on **THIS MOTION**

CLERK TO **RECLOSE** CASE IF POST JUDGMENT

**Electronically Served:**

- Benjamin J. Tyler: benjamin.tyler@hklaw.com
- Benjamin Joseph Tyler: Benjamin.Tyler@hklaw.com
- Benjamin Joseph Tyler: maria.gonzalez@hklaw.com
- Christine Gay: christine.gay@hklaw.com
- Christine Gay: josie.vila@hklaw.com
- Lawrence J. McGuinness: scheduling_ljmpa@comcast.net
- Lawrence J. McGuinness: ljm@ljmpalaw.com
- Juliana Gonzalez: juliana@ljmpalaw.com
- Juliana Gonzalez: scheduling_ljmpa@comcast.net
- Juliana Gonzalez: office@ljmpalaw.com