

# JUAN FERNANDEZ-BARQUIN, ESQ.
## CLERK OF THE COURT AND COMPTROLLER
### OF MIAMI-DADE COUNTY

Contact Us     My Account     My Desk

# CIVIL, FAMILY AND PROBATE COURTS ONLINE SYSTEM

The Clerk of the Court and Comptroller is thrilled to announce the launch of the new Online Case Search Beta application.

You're invited to explore our latest features and share your valuable feedback to help us serve you better.

◀◀ BACK

### ARIANNA GARCIA VS PATAGONIA SEAFARMS INC ET AL

| | | | |
|---|---|---|---|
| **Local Case Number:** | 2025-013479-CA-01 | **Filing Date:** | 07/15/2025 |
| **State Case Number:** | 132025CA01347901GE01 | **Judicial Section:** | CA23 - Downtown Miami - Judge Perkins, Joseph D |
| **Consolidated Case No.:** | N/A | **Court Location:** | 73 West Flagler Street, Miami FL 33130 |
| **Case Status:** | OPEN | **Case Type:** | Discrimination - Employment or Other |

### ☰ Related Cases
Total Of Related Cases: 0 ➕

### 👥 Parties
Total Of Parties: 3 ➕

### ⚒ Hearing Details
Total Of Hearings: 0 ➕

### 🔊 Dockets
Total Of Dockets: 14 ➖

| | Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|---|
| 📄 | 13 | 08/05/2025 | | Motion for Extension of Time | Event | Parties: Patagonia Seafarms Inc; Patagonia Processing USA Inc. |
| 📄 | 12 | 08/05/2025 | | Order Extending Time for | Event | **DEFENDANT TO RESPOND TO AMENDED COMPLAINT** |
| | 11 | 07/17/2025 | | Electronic Summons Email Notification Sent | Event | **LAWRENCE J. MCGUINNESS** |
| | 10 | 07/17/2025 | | Electronic Summons Email Notification Sent | Event | **LAWRENCE J. MCGUINNESS** |
| | | 07/17/2025 | | 20 Day Summons Issued | Service | |
| 📄 | 9 | 07/17/2025 | | ESummons 20 Day Issued | Event | **RE: INDEX # 5.** Parties: Patagonia Seafarms Inc |

| | Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|---|
| | | 07/17/2025 | | 20 Day Summons Issued | Service | |
|  | 8 | 07/17/2025 | | ESummons 20 Day Issued | Event | **RE: INDEX # 4.** Parties: Patagonia Processing USA Inc. |
| | 7 | 07/17/2025 | | Receipt: | Event | **RECEIPT#:3180186 AMT PAID:$20.00 NAME:MCGUINNESS, LAWRENCE J MCGUINNESS & GONZALEZ, P.A. 3126 CENTER ST COCONUT GROVE FL 33133 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3139-SUMMONS ISSUE FEE 1 $10.00 $10.00 3139-SUMMONS ISSUE FEE 1 $10.00 $10.00 TENDER TYPE:EFILINGS TENDER AMT:$20.00 RECEIPT DATE:07/17/2025 REGISTER#:318 CASHIER:EFILINGUSER EFILING #:227379324** |
| | 5 | 07/16/2025 | | (M) 20 Day (C) Summons (Sub) Received | Event | |
| | 4 | 07/16/2025 | | (M) 20 Day (C) Summons (Sub) Received | Event | |
| | 3 | 07/16/2025 | | Receipt: | Event | **RECEIPT#:3190205 AMT PAID:$401.00 NAME:MCGUINNESS, LAWRENCE J MCGUINNESS & GONZALEZ, P.A. 3126 CENTER ST COCONUT GROVE FL 33133 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3100-CIRCUIT FILING FEE 1 $401.00 $401.00 TENDER TYPE:EFILINGS TENDER AMT:$401.00 RECEIPT DATE:07/16/2025 REGISTER#:319 CASHIER:EFILINGUSER EFILING #:227320256** |
| | 2 | 07/15/2025 | | Complaint | Event | |
| | 1 | 07/15/2025 | | Civil Cover Sheet - Claim Amount | Event | |

◀◀ BACK

**Please be advised:**

The Clerk's Office makes every effort to ensure the accuracy of the following information; however it makes no warranties or representations whatsoever regarding the completeness, accuracy, or timeliness of such information and data. Information on this website has been posted with the intent that it be readily available for personal and public non-commercial (educational) use and to provide the public with direct online access to information in the Miami-Dade Clerk's Office information systems. Other than making limited copies of this website's content, you may not reproduce, retransmit, redistribute, upload or post any part of this website, including the contents thereof, in any form or by any means, or store it in any information storage and retrieval system, without prior written permission from the Miami-Dade Clerk's Office.

If you are interested in obtaining permission to reproduce, retransmit or store any part of this website beyond that which you may use for personal use, as defined above, visit our Web API Services. You can review the complete Miami-Dade County Disclaimer

## General

Online Case Home

Civil / Family Courts Information

Login

## Help and Support

Clerk's Home

Privacy Statement

ADA Notice

Disclaimer

Contact Us

About Us



Juan Fernandez-Barquin, Esq.
Clerk of the Court and Comptroller
of Miami-Dade County

73 W. Flagler Street
Miami, Florida 33130

305-275-1155

©2025 Clerk of the Court & Comptroller of Miami-Dade County. All rights reserved.

