UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE No. 1:25-CV-23680-KMW-EAL

ARIANNA GARCIA,

      Plaintiff,

vs.

PATAGONIA PROCESSING USA, INC.,

      Defendant.

_____/

**PLAINTIFF'S STATEMENT OF CLAIM**

Plaintiff, ARIANNA GARCIA, through counsel, and pursuant to the Court's

Order of Referral and Notice of Course Practices and Procedures in FLSA Removal

Cases [DE 3], files her Statement of Claim, and states:

1.    **Rates of Pay**:

a.    **For 2022**: Plaintiff was paid a salary of $840.00 per week, intended to cover 40 hours per week.  This is equivalent to $21.00 per hour (i.e., $821.00 ÷ 40) and an overtime rate of $31.50 per hour (i.e., $21.00 x 1.5).

b.    **For 2023**: Plaintiff was paid a salary of $869.20 per week, intended to cover 40 hours per week.  This is equivalent to $21.73 per hour (i.e., $869.20 ÷ 40) and an overtime rate of $32.44 per hour (i.e., $21.73 x 1.5).

b.    **For 2024**: Plaintiff was paid a salary of $908.40 per week, intended to cover 40 hours per week.  This is equivalent to $22.71 per hour (i.e., $908.40 ÷ 40) and an overtime rate of $34.06 per hour (i.e., $22.71x 1.5).

1

2.      **Total Amount of Unpaid Wages**: $95,900.00 plus an equal amount in liquidated damages under the FLSA, for a total owed of $191,800.00.

3.      **Calculation of Unpaid Wages**:

| DATES | HOURLY RATE | OVERTIME RATE | NUMBER OF WEEKS WORKED | UNPAID HOURS WORKED PER WEEK | TOTAL OWED |
|---|---|---|---|---|---|
| 10/01/22 to 12/31/22 | $21.00 | $31.50 | 12 | 25 | $9,450.00 |
| 1/01/23 to 12/31/23 | $21.73 | $32.44 | 52 | 25 | $42,172.00 |
| 1/01/24 to 12/31/24 | $22.71 | $34.06 | 52 | 25 | $44,278.00 |
| TOTAL | | | | | $95,900.00 |

4.      **Nature of Wages**: Owed overtime.

5.      **Attorney's Fees to Date**:   $8,610.00 (i.e., 12.3 hours x $700.00 per hour)

Respectfully Submitted,

/s/ Lawrence J. McGuinness
Fla. Bar No. 814611
MG Legal Group, P.A.
3126 Center Street
Coconut Grove, FL 33133
Tel. (305) 448-9557
Fax. (305) 448-9559
*ljm@ljmpalaw.com*
*scheduling_ljmpa@comcast.net*

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF; and that the foregoing document is served on this August 25, 2025, to all counsel of record or pro se parties identified on the attached Service List in the manner specified.

Respectfully Submitted,

/s/ Lawrence J. McGuinness
Fla. Bar No. 814611
MG Legal Group, P.A.
3126 Center Street
Coconut Grove, FL 33133
Tel. (305) 448-9557
Fax. (305) 448-9559
ljm@ljmpalaw.com
scheduling_ljmpa@comcast.net

*Counsel for Plaintiff*

## SERVICE LIST

**Cristine F. Gay, Esq.**
christine.gay@hklaw.com
**Benjamin Tyler, Esq.**
benjamin.tyler@hklaw.com
Holland & Knight, LLP
701 Brickell Avenue, Suite 3300
Miami, FL 33131
Tel. (305) 374-8500
Fax. (305) 789-7799

*Counsel for Defendant*
*Service via CM/ECF*